IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM B. RASBERRY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 14-0136-WS-M |
| | ) |
| **MIDLAND FUNDING, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

In accordance with the parties' joint stipulation of dismissal, (Doc. 11), this action is **dismissed with prejudice**, each party to bear its own attorney's fees and costs.

DONE and ORDERED this 9th day of July, 2014.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE